STARR BABCOCK (63473)
LAWRENCE C. YEE (84208)
RACHEL S. GRUNBERG (197080)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2339
Fax: (415) 538-2321
Email: Starr.Babcock@calbar.ca.gov
Email: Lawrence.Yee@calbar.ca.gov
Email: Rachel.Grunberg@calbar.ca.gov

JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
**KERR & WAGSTAFFE LLP**
100 Spear St., 18th Floor
San Francisco, CA 94105-1528
Tel: (415) 371-8500
Fax: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com
Email: mvl@kerrwagstaffe.com

Attorneys for Defendants
ARCHIE "JOE" BIGGERS ET AL.

JS-6

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN CALIFORNIA INSTITUTE OF LAW,<br><br>Plaintiff,<br><br>v.<br><br>ARCHIE "JOE" BIGGERS, et. al.,<br><br>Defendants. | Case No. SACV13-193-JVS(RNBx)<br><br>**JUDGMENT**<br><br>Honorable James V. Selna |

[PROPOSED] JUDGMENT

WHEREAS the Court granted Defendants' motion to dismiss the First Amended Complaint on June 12, 2013 with leave to amend Plaintiff's second cause of action only (Dkt. No. 24), denied Plaintiffs' motion for a preliminary injunction on June 14, 2013 (Dkt. No. 25), and granted Defendants' motion to dismiss the Second Amended Complaint on August 26, 2013 without leave to amend (Dkt. No. 39),

THEREFORE, IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of Defendants Archie "Joe" Biggers, James A. Bolton, J. Scott Bovitz, David A. Carrillo, Lisa Cummins, Patrick R. Dixon, Cometria C. Cooper, Richard A. Frankel, K.V. Kumar, Sean M. McCoy, John P. McNicholas, Sandra Mendoza, Martha Pruden-Hamiter, Steven J. Renick, Sandra L. Salazar, Larry Sheingold, James Vaughn, Jeanne C. Vanderhoff, Lee H. Wallach, Patricia P. White, and Alan Yochelson (collectively "Defendants") and against Plaintiff Southern California Institute of Law ("SCIL").

2. Plaintiff SCIL shall take nothing from Defendants in this matter.

3. Defendants are the prevailing parties in this matter and shall be entitled to recover their costs of suit.

IT IS SO ORDERED.

DATED: September 03, 2013

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE